IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF MARYLAND

H&W FRESH SEAFOODS, INC.            :
                                    :
        v.                          :         CIVIL NO. CCB-98-3851
                                    :
LEWIS SCHULMAN,                     :
SCOTT TAYLOR, and                   :
HEWS SEAFOOD, INC.                  :
                              ...oOo...

## ORDER

On September 29, 2000, the court denied defendant Lewis Schulman's Motion to Vacate Default Judgment. See H&W Fresh Seafoods, Inc. v. Schulman, 208 F.R.D. 248 (D. Md. 2000). Mr. Schulman now moves the court to make additional findings of fact under Fed. R. Civ. P. 52(b) and to alter or amend its ruling under Fed. R. Civ. P. 59(e).

Fed. R. Civ. P. 52(b) provides that "[o]n a party's motion filed no later than 10 days after entry of judgment, the court may amend its findings – or make additional findings – and may amend the judgment accordingly." Such a motion, however, should not be "employed to introduce evidence that was available at trial but was not proffered, to relitigate old issues, to advance new theories, or to secure a rehearing on the merits." Fontenot v. Mesa Petroleum Co., 791 F.2d 1207, 1219 (5th Cir. 1986). The court has reviewed Mr. Schulman's motion and finds no reason to make additional findings of fact. See id.; Nat. Metal Finishing Co., Inc. v. BarclaysAmerican/Comm., Inc., 899 F.2d 119, 123 (1st

                                    1

Cir. 1990) ("Rule 52(b) is not intended to allow parties to rehash old arguments already considered and rejected by the trial court . . ..").

Similarly, the court finds no persuasive reason to alter or amend its ruling under Fed. R. Civ. P. 59(e). See Pacific Ins. Co. v. Am. Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998); EEOC v. Lockheed Martin Corp., Aero & Naval Sys., 116 F.3d 110, 112 (4th Cir. 1997).

Accordingly, it is hereby **ORDERED** that:

1.  The Motion for Reconsideration; To Amend or Make Additional Factual Findings under Rule 52(b); and to Alter or Amend Under Rule 59 is **denied**; and

2.  Copies of this Order shall be mailed to counsel of record.

7/12/01
Date

Catherine C. Blake
United States District Judge